IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COACHCOMM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:21-cv-0743-RAH |
| | ) |
| WESTCOM WIRELESS, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

Upon consideration of the parties' *Joint Motion for Extension of Deadlines Relating to Jurisdictional Discovery and Briefing* (Doc. 28), the Motion is **GRANTED**. Accordingly, it is **ORDERED** as follows:

1. The deadline for the parties to complete jurisdictional discovery is extended up to and including **October 24, 2022.**

2. The deadline for Westcom Wireless, Inc. to file file a renewed Motion to Dismiss is extended up to and including **November 7, 2022**. The motion may only address two issues: (1) specific personal jurisdiction and (2) whether to transfer venue to the Western District of Pennsylvania.  CoachComm shall file a response on or by **November 21, 2022**, and Westcom may file a reply on or by **November 30, 2022**.

DONE, on this the 23rd day of September, 2022.

                                           /s/ R. Austin Huffaker, Jr.
                                      R. AUSTIN HUFFAKER, JR.
                                      UNITED STATES DISTRICT JUDGE