IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COACHCOMM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:21-cv-0743-RAH |
| | ) |
| WESTCOM WIRELESS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is the Parties' *Joint Stipulation of Dismissal with Prejudice*, (doc. 105), which comports with Fed. R. Civ. P. 41(a)(2) and (c). Accordingly, Counts III, IV, and VI from CoachComm's Complaint, (doc. 1), and Westcom's Counterclaim, (doc. 94), are **DISMISSED WITH PREJUDICE**, pursuant to the terms and conditions agreed to and set out by the parties. As there are no further claims, this matter is dismissed.

**DONE** on this the 10th day of June, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE